28

STATE OF MONTANA,
                    Plaintiff,                                          NO. 9622
        VS.                                                          DECISION
JAMES C. BORDEN,
                    Defendant.

On June 15, 1992, the Defendant's suspended sentence on Count I was revoked and the Defendant was sentenced to ten (10) years for Theft. Defendant's prior sentences on Count II and Count III, both Theft charges, were continued with all of the terms and conditions listed in the June 15, 1992 Judgment. Credit was given for 29 days time served. It was further ordered that restitution in this matter is received by the Clerk of Court, the Clerk may pro rate partial payments to the victims. The restitution shall be disbursed as set out in the Judgment done in open Court on the 17th day of June, 1991.

On May 6, 1993, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded pro se. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

DATED this 6th day of May, 1993.

**Hon. Thomas McKittrick, Chairman, Hon. G. Todd Baugh, and
Hon. John Warner, Judges**

The Sentence Review Board wishes to thank Mr. Borden for representing himself in this matter.